No. 1195. PEOPLE, APPELLEE, *v.* LÓPEZ, APPELLANT.—Aggravated Assault and Battery. San Juan, Section 2. November 12, 1917. *Modified and affirmed.*

---

No. 1201. PEOPLE, APPELLEE, *v.* MATOS, APPELLANT.—Aggravated Assault and Battery. Humacao. November 13, 1917. *Appeal withdrawn.*

---

No. 1753. SUCCESSION OF PONS, APPELLEE, *v.* RIVAS, APPELLANT.—Ejectment. Ponce. November 14, 1917. *Dismissed for lack of transcript of record.*

---

No. 203. MARTÍNEZ, PETITIONER, *v.* CROSAS, DISTRICT JUDGE, RESPONDENT.—Certiorari. Aguadilla. November 15, 1917. *Petition denied.*

---

No. 1203. PEOPLE, APPELLEE, *v.* ANDRADES, APPELLANT.—Breach of Peace. San Juan, Section 2. November 16, 1917. *Affirmed.*

---

No. 1207. PEOPLE, APPELLEE, *v.* TAPIA, APPELLANT.—Violation of Section 339 of the Penal Code. San Juan, Section 2. November 19, 1917. *Affirmed.*

---

No. 1208. PEOPLE, APPELLEE, *v.* ROSSY, APPELLANT.—Violation of the Weights and Measures Act. San Juan, Section 2. November 20, 1917. *Affirmed.*